IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LARRY LEE RUEGGE,                        )
                                         )
                   Petitioner,           )              8:16CV188
                                         )
        v.                               )
                                         )
BRAD HANSEN, Warden, and SCOTT           )              ORDER
FRAKES, Director,                        )
                                         )
                   Respondents.          )
_____    )

      The petitioner's motion for leave to proceed in forma pauperis (filing no. 15) is denied because it requires that Lancaster County, Nebraska, be held responsible for the fees, costs and other expenses required for the appeal of this habeas corpus matter.  Secondly, the petitioner has not been allowed to proceed in forma pauperis because he paid the filing fee. Therefore, the court has not received his institutional account statement and his poverty affidavit (filing no. 15) is far too general.  Therefore,

      IT IS ORDERED that:

      (1)    The petitioner's motion for leave to proceed in forma pauperis (filing no. 15) is denied.

      (2)    If the petitioner wishes to proceed with his appeal, he must pay the required appellate filing fee.

      DATED this 30th day of September, 2016.

                      BY THE COURT:

                      s/ *Richard G. Kopf*
                      Senior United States District Judge